IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RE TITANS LLC and STACY R. GINN,** | § § § § | |
| *Plaintiffs*, | § § § | **Cause No. 4:20-cv-2332** |
| v. | § § § § | |
| **FORA FINANCIAL ADVANCE, LLC, FORA FINANCIAL, LLC, AND FINANCIAL AGENT SERVICES,** | § § § § § | |
| *Defendants*. | § | |

## INDEX OF MATTERS BEING FILED

| EXHIBIT | DOCUMENT | DATE FILED IN STATE COURT |
|---|---|---|
| B.1 | Original Petition | 5/26/20 |
| B.2 | Request for Issuance of Service | 5/26/20 |
| B.3 | Unsworn Declaration of Stacy Ginn | 5/26/20 |
| B.4 | Certified Mail Tracking | 5/27/20 |
| B.5 | Certified Mail Receipt | 6/1/20 |
| B.6 | Rule 11 Agreement | 6/17/20 |
| B.7 | Fora Defendants' Original Answer | 7/1/20 |
| C | List of Counsel | N/A |