IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RE TITANS LLC and STACY R. GINN, | § § § § | |
| Plaintiffs, | § § | Cause No. 4:20-cv-2332 |
| v. | § § § | |
| FORA FINANCIAL ADVANCE, LLC, FORA FINANCIAL, LLC, AND FINANCIAL AGENT SERVICES, | § § § § | |
| Defendants. | § § | |

## COUNSEL OF RECORD

Pursuant to Local Rule 81, Defendants Fora Financial Advance, LLC and Fora Financial, LLC (collectively "Fora Defendants") file this list of all known counsel of record in connection with the removal of this action:

| | |
|---|---|
| MARC TITTLEBAUM<br>State Bar No. 24028044<br>**Tittlebaum Law Firm**<br>10680 Royal Cavins Drive<br>Conroe, Texas 77303<br>713.349.4275 – *telephone*<br>(830) 626-9161 – *facsimile*<br>marc@mmtlegal.com<br><br>**COUNSEL FOR PLAINTIFFS** | KURT LANCE KROLIKOWSKI<br>State Bar No. 24074548<br>Southern District Number: 1146373<br>RYAN B. BURNS<br>State Bar No. 24116149<br>Southern District Number: 3471171<br>**LOCKE LORD LLP**<br>600 Travis Street, Suite 2800<br>Houston, Texas 77002-3095<br>(713) 226-1200 – telephone<br>(713) 223-3717 – facsimile<br>kkrolikowski@lockelord.com<br>ryan.burns@lockelord.com<br><br>**COUNSEL FOR FORA FINANCIAL ADVANCE, LLC AND FORA FINANCIAL, LLC** |